```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ADAM JOSHUA FEELEY, et al.     :    CIVIL ACTION
                               :
          v.                   :
                               :
                               :
                               :
SUNTRUST BANK, et al.          :    NO. 12-4522
```

ORDER

AND NOW, this 19th day of February, 2013, upon consideration of the defendant SunTrust Bank's Motion to Compel Arbitration or, In the Alternative, to Dismiss (Docket No. 6), and the defendants Martin Kelly Capital Management and William Crafton, Jr.'s motion seeking the same relief (Docket No. 7), the plaintiffs' opposition briefs, and the defendants' reply thereto, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion is GRANTED IN PART.

The Court grants the motion insofar as the plaintiffs Adam Joshua Feeley, Brent Celek, and Kevin Curtis, are ordered to arbitrate their dispute with defendants under the provisions of the commercial arbitration rules of the American Arbitration Association.  Because the Court does not reach the merits of the defendants' motion to dismiss, it is denied without prejudice.

IT IS FURTHER ORDERED that the case is STAYED pending the outcome of that arbitration.  The case shall be placed into suspense until further notice from the Court.  The parties shall notify the Court on the result of the arbitration no later than 30 days after the arbitration decision.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.